# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | NO. 10-379 |
| BRANDON BRUNSON, | : | |
| *Defendant*. | : | |

## ORDER

**AND NOW**, this 30th day of August, 2022, upon consideration of Defendant's Second *Pro Se* Motion for Compassionate Release Pursuant to 18 U.S.C. §3582(c)(1)(A)(i) (ECF No. 59), it is hereby **ORDERED** that said Motion is **DENIED**.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II    J.